**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-24712 |
| | § | |
| EXQUILYNN STANFORD-BROWN | § | |
| ANTHONY BROWN | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/02/2014. The undersigned trustee was appointed on 07/02/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $16,441.96

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $9.77 |
| Bank service fees | $164.45 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $16,267.74 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was <u>05/20/2015</u> and the deadline for filing government claims was <u>05/20/2015</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$2,394.20</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$2,394.20</u>, for a total compensation of <u>$2,394.20</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$5.64,</u> for total expenses of <u>$5.64</u>.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>08/19/2015</u>                    By:  <u>/s/ David P. Leibowitz</u>
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No:    1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit A

**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 14-24712-PSH |
| **Case Name:** | STANFORD-BROWN, EXQUILYNN  AND BROWN, ANTHONY |
| **For the Period Ending:** | 8/19/2015 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 07/02/2014 (f) |
| **§341(a) Meeting Date:** | 08/26/2014 |
| **Claims Bar Date:** | 05/20/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Real Property\r\n10056 S. Lowe Chicago, IL | $100,000.00 | $0.00 | | $0.00 | FA |
| 2 | Real Property\r\n10058 S. Lowe Chicago, IL | $100,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2032 East 79th Street | $190,000.00 | $15,000.00 | | $0.00 | FA |
| 4 | 4250 N Marine Drive | $300,000.00 | $0.00 | | $0.00 | FA |
| 5 | Cash in Hand | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Bridge View Bank Joint Checking | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 7 | Citi Bank Joint Checking | $5,223.13 | $0.00 | | $2,841.96 | FA |
| 8 | Bedroom Set, 4 T.V., Dining Room, Liiving Room Set, , Din | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 9 | Husbands Wearing Apparel | $1,500.00 | $0.00 | | $0.00 | FA |
| 10 | Wife Wearing Apparel | $2,000.00 | $0.00 | | $0.00 | FA |
| 11 | Husbands Pension | $300,000.00 | $0.00 | | $0.00 | FA |
| 12 | 40% Ownership in Exatone Corporation, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 60% Ownership in Exatone Corporation, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Rasta LLC 1/3 Ownership | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Rasta LLC 1/3 Ownership | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Exatone Inc. Salary Owed to Debtor | $300,000.00 | $300,000.00 | | $0.00 | FA |
| 17 | 2008 Mercedez Benz 70,000 Miles | $20,000.00 | $13,600.00 | | $13,600.00 | FA |
| 18 | See Attached Itemization "A"    (u) | $2,054.00 | $1,027.00 | | $0.00 | FA |
| 19 | See Attached Jewelry    (u) Inventory and cost. Total Cost $9,840.00 Current Value Unknown "b" | Unknown | $0.00 | | $0.00 | FA |

| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $1,325,377.13 | $334,127.00 | | $16,441.96 | $0.00 |

**Major Activities affecting case closing:**

06/30/2015    TFR to be prepared

03/05/2015    See if we need to pay exemptions on the garnishment we avoided from Debtor's bank account

01/21/2015    Order granting turnover of funds from Bridgeview Bank.  Awaiting Funds

09/03/2014    Objection to Exemption 9/25/2014

**FORM 1**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit A

**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 14-24712-PSH |
| **Case Name:** | STANFORD-BROWN, EXQUILYNN  AND BROWN, ANTHONY |
| **For the Period Ending:** | 8/19/2015 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 07/02/2014 (f) |
| **§341(a) Meeting Date:** | 08/26/2014 |
| **Claims Bar Date:** | 05/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

08/27/2014    1)   Motion for Rule to Show Cause for Failure to appear at 341;

           2)   Objection to Exemptions on the basis of the claimed exemptions on the vehicle (Debtors' claimed $4,000.00 under motor vehicle exemption when only entitled to $2,400.00).    Also he wants to object on the basis that the vehicle is worth substantially more than what was claimed.  (The vehicle is worth approximately $24,000.00 of which the petition lists the current value at $6,000.00).  The vehicle is in the name of Anthony Brown only;

           3)   Motion to Avoid Lien of Bridgeview Bank.  Bridgeview obtained a citation within the 90 days prior to the filing of this case.  There is currently is a motion pending by the Debtors' to avoid this lien;

           4)   Extend discharge deadline for 120 days; and

           5)   Motion for Turnover of the Vehicle.

08/13/2014    Continued to 9/29/14 at 11:00 a.m. -- attorney scheduling conlict

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2014 | |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2015 | |

/s/ DAVID LEIBOWITZ
_____

DAVID LEIBOWITZ

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No. | 14-24712-PSH | |
| Case Name: | STANFORD-BROWN, EXQUILYNN  AND BROWN, ANTHONY | |
| Primary Taxpayer ID #: | **-***5156 | |
| Co-Debtor Taxpayer ID #: | **-***5157 | |
| For Period Beginning: | 7/2/2014 | |
| For Period Ending: | 8/19/2015 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******1201 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/17/2014 | (17) | Anthony Brown | Payment for non exempt equity in vehicle. | 1129-000 | $7,000.00 | | $7,000.00 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.10 | $6,994.90 |
| 11/05/2014 | (17) | Exquilynn Brown | Payment for non-exempt interest in vehicle | 1129-000 | $6,000.00 | | $12,994.90 |
| 11/05/2014 | (17) | Anthony Brown/Exquilynn Brown | Payment for non exempt equity in vehicle | 1129-000 | $600.00 | | $13,594.90 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.44 | $13,576.46 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.90 | $13,554.56 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.57 | $13,531.99 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $19.72 | $13,512.27 |
| 03/05/2015 | (7) | Citibank | Payment pursuant to order granting turnover docket no. 74 | 1129-000 | $2,841.96 | | $16,354.23 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $24.94 | $16,329.29 |
| 03/31/2015 | 3001 | Adams Levin | Bond Payment | 2300-000 | | $9.77 | $16,319.52 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $25.49 | $16,294.03 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $26.29 | $16,267.74 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $25.40 | $16,242.34 |
| 07/01/2015 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($25.40) | $16,267.74 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| TOTALS: | $16,441.96 | $174.22 | $16,267.74 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $16,441.96 | $174.22 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $16,441.96 | $174.22 | |

**For the period of  7/2/2014 to 8/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $16,441.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,441.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $174.22 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $174.22 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 10/14/2014 to 8/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $16,441.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,441.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $174.22 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $174.22 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 14-24712-PSH | |
| **Case Name:** | STANFORD-BROWN, EXQUILYNN  AND BROWN, ANTHONY | |
| **Primary Taxpayer ID #:** | **-***5156 | |
| **Co-Debtor Taxpayer ID #:** | **-***5157 | |
| **For Period Beginning:** | 7/2/2014 | |
| **For Period Ending:** | 8/19/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1201 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $16,441.96 | $174.22 | $16,267.74 |

**For the period of 7/2/2014 to 8/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $16,441.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,441.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $174.22 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $174.22 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the case between  07/02/2014 to 8/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $16,441.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,441.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $174.22 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $174.22 |
| Total Internal/Transfer  Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIM ANALYSIS REPORT

Exhibit C

**Case No.** 14-24712-PSH

**Case Name:** STANFORD-BROWN, EXQUILYNN AND BROWN, ANTHONY

**Claims Bar Date:** 05/20/2015

**Trustee Name:** David Leibowitz

**Date:** 8/19/2015

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $7.73 | $0.00 | $0.00 | $0.00 | $7.73 |
| | LAKELAW<br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,132.50 | $0.00 | $0.00 | $0.00 | $2,132.50 |
| | DAVID P. LEIBOWITZ<br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $5.64 | $0.00 | $0.00 | $0.00 | $5.64 |
| | DAVID P. LEIBOWITZ<br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $2,394.20 | $0.00 | $0.00 | $0.00 | $2,394.20 |
| 1 | BRIDGEVIEW BANK GROUP<br>9191 Broadway<br>Merrillville IN 46410 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $170,044.62 | $0.00 | $0.00 | $0.00 | $170,044.62 |
| 2 | FINANCIAL PACIFIC LEASING, INC.<br>3455 S. 344th Way<br>Suite 300<br>Federal Way WA 98001 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $59,625.22 | $0.00 | $0.00 | $0.00 | $59,625.22 |
| 3 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $8,233.02 | $0.00 | $0.00 | $0.00 | $8,233.02 |
| 4 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource Lp as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $33,085.38 | $0.00 | $0.00 | $0.00 | $33,085.38 |

# CLAIM ANALYSIS REPORT

Exhibit C

| | | |
|---|---|---|
| **Case No.** | 14-24712-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | STANFORD-BROWN, EXQUILYNN  AND BROWN, ANTHONY | **Date:** 8/19/2015 |
| **Claims Bar Date:** | 05/20/2015 | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | LABORERS' PENSION FUND AND WELFARE FUNDS  Office Of Fund Counsel c/o Amy Carollo 111 W. Jackson Blvd. Suite 1415 Chicago IL 60604 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $139,592.22 | $0.00 | $0.00 | $0.00 | $139,592.22 |
| **Claim Notes:** | (5-1) benefit contributions, dues | | | | | | | | |
| 6 | AMERICAN EXPRESS BANK, FSB  Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $14,896.68 | $0.00 | $0.00 | $0.00 | $14,896.68 |
| **Claim Notes:** | (6-1) CREDIT CARD DEBT | | | | | | | | |
| 7 | INTERNAL REVENUE SERVICE  PO BOX 7340 PHILADELPHIA, PA | Claims of Governmental Units | Allowed | 5800-000 | $28,884.11 | $0.00 | $0.00 | $0.00 | $28,884.11 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $55,569.28 | $0.00 | $0.00 | $0.00 | $55,569.28 |
| 9 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $2,889.29 | $0.00 | $0.00 | $0.00 | $2,889.29 |
| 9a | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 60664-0338 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $456.87 | $0.00 | $0.00 | $0.00 | $456.87 |
| | | | | | **$517,816.76** | **$0.00** | **$0.00** | **$0.00** | **$517,816.76** |

**CLAIM ANALYSIS REPORT**

**Case No.** 14-24712-PSH
**Case Name:** STANFORD-BROWN, EXQUILYNN AND BROWN, ANTHONY
**Claims Bar Date:** 05/20/2015

**Trustee Name:** David Leibowitz
**Date:** 8/19/2015

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $7.73 | $7.73 | $0.00 | $0.00 | $0.00 | $7.73 |
| Attorney for Trustee Fees (Trustee Firm) | $2,132.50 | $2,132.50 | $0.00 | $0.00 | $0.00 | $2,132.50 |
| Claims of Governmental Units | $31,773.40 | $31,773.40 | $0.00 | $0.00 | $0.00 | $31,773.40 |
| General Unsecured § 726(a)(2) | $402,347.44 | $402,347.44 | $0.00 | $0.00 | $0.00 | $402,347.44 |
| Payments to Unsecured Credit Card Holders | $78,698.98 | $78,698.98 | $0.00 | $0.00 | $0.00 | $78,698.98 |
| Tardy General Unsecured § 726(a)(3) | $456.87 | $456.87 | $0.00 | $0.00 | $0.00 | $456.87 |
| Trustee Compensation | $2,394.20 | $2,394.20 | $0.00 | $0.00 | $0.00 | $2,394.20 |
| Trustee Expenses | $5.64 | $5.64 | $0.00 | $0.00 | $0.00 | $5.64 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        14-24712
Case Name:       EXQUILYNN STANFORD-BROWN
                 ANTHONY BROWN
Trustee Name:    David P. Leibowitz

Balance on hand:                 $16,267.74

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $16,267.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $2,394.20 | $0.00 | $2,394.20 |
| David P. Leibowitz, Trustee Expenses | $5.64 | $0.00 | $5.64 |
| Lakelaw, Attorney for Trustee Fees | $2,132.50 | $0.00 | $2,132.50 |
| Lakelaw, Attorney for Trustee Expenses | $7.73 | $0.00 | $7.73 |

Total to be paid for chapter 7 administrative expenses:          $4,540.07
Remaining balance:          $11,727.67

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $11,727.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,773.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Payment |
|---|---|---|---|---|

| | | | Date | |
|---|---|---|---|---|
| 7 | INTERNAL REVENUE SERVICE | $28,884.11 | $0.00 | $11,727.67 |
| 9 | Illinois Department of Revenue | $2,889.29 | $0.00 | $0.00 |

Total to be paid to priority claims: $11,727.67
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $481,046.42 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Bridgeview Bank Group | $170,044.62 | $0.00 | $0.00 |
| 2 | Financial Pacific Leasing, Inc. | $59,625.22 | $0.00 | $0.00 |
| 3 | Bureaus Investment Group Portfolio No 15 LLC | $8,233.02 | $0.00 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | $33,085.38 | $0.00 | $0.00 |
| 5 | Laborers' Pension Fund and Welfare Funds | $139,592.22 | $0.00 | $0.00 |
| 6 | American Express Bank, FSB | $14,896.68 | $0.00 | $0.00 |
| 8 | PYOD, LLC its successors and assigns as assignee | $55,569.28 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $456.87 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|

| 9a | Illinois Department of Revenue | $456.87 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**