**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-24712 |
| | § | |
| EXQUILYNN STANFORD-BROWN | § | |
| ANTHONY BROWN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/22/2015, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/24/2015                    By:  /s/ David P. Leibowitz
                                                   Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-24712 |
| | § | |
| EXQUILYNN STANFORD-BROWN | § | |
| ANTHONY BROWN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $16,441.96
*and approved disbursements of* $174.22
*leaving a balance on hand of[1]:* $16,267.74

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $16,267.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,394.20 | $0.00 | $2,394.20 |
| David P. Leibowitz, Trustee Expenses | $5.64 | $0.00 | $5.64 |
| Lakelaw, Attorney for Trustee Fees | $2,132.50 | $0.00 | $2,132.50 |
| Lakelaw, Attorney for Trustee Expenses | $7.73 | $0.00 | $7.73 |

Total to be paid for chapter 7 administrative expenses: $4,540.07
Remaining balance: $11,727.67

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $11,727.67 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $31,773.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | INTERNAL REVENUE SERVICE | $28,884.11 | $0.00 | $11,727.67 |
| 9 | Illinois Department of Revenue | $2,889.29 | $0.00 | $0.00 |

|  | Total to be paid to priority claims: | $11,727.67 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $481,046.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Bridgeview Bank Group | $170,044.62 | $0.00 | $0.00 |
| 2 | Financial Pacific Leasing, Inc. | $59,625.22 | $0.00 | $0.00 |
| 3 | Bureaus Investment Group Portfolio No 15 LLC | $8,233.02 | $0.00 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | $33,085.38 | $0.00 | $0.00 |
| 5 | Laborers' Pension Fund and Welfare Funds | $139,592.22 | $0.00 | $0.00 |
| 6 | American Express Bank, FSB | $14,896.68 | $0.00 | $0.00 |
| 8 | PYOD, LLC its successors and assigns as assignee | $55,569.28 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $456.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 9a | Illinois Department of Revenue | $456.87 | $0.00 | $0.00 |

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

                                        Prepared By:  /s/ David P. Leibowitz
                                                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-24712-PSH
Exquilynn Stanford-Brown                                              Chapter 7
Anthony Brown
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2              Date Rcvd: Aug 25, 2015
                              Form ID: pdf006             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2015.
```
db/jdb         Exquilynn Stanford-Brown,    Anthony Brown,    4250 W. Marine Drive,    Chicago, IL 60613
aty            David P. Leibowitz,    Lakelaw,    420 W. Clayton St.,    Waukegan, IL 60085-4216
22996567      +Alex Darcy,    3455 S. 344th Way,    Suite 300,    Federal Way, WA 98001-9546
22126001      +American Express,    PO BOX 0001,    Los Angeles, CA 90096-8000
23274386       American Express Bank, FSB,    Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22595462      +BRUCE DOUGLASS,    8556 S YATES,    CHICAGO, IL 60617-2316
22126002      +Barneys New York,    PO BOX 659707,    San Antonio, TX 78265-9707
22129803      +Bridgeview Bank Group,    9191 Broadway,    Merrillville, IN 46410-7043
22126003      +Bridgeview Bank Group,    C/O BURKE COSTANZA & CARBERRY LLP,    150 N. Michigan Ave. Eighth Floor,
                Chicago, IL 60601-7553
22125999       Brown Anthony,    4250 W Marine Drive,    Suite 2822,    Chicago, IL  60613
22126004      +Capital One Bank,    C/O Freedman Anselmo & Lindberg, LLC,    1771 W. Diehl Road Suite 150,
                Naperville, IL 60563-4947
23040761       Capital One Bank (USA), N.A.,    by American InfoSource Lp as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
22126005      +Chase Bank, USA,    PO BOX 15123,    Wilmington, DE 19850-5123
22126006      +Citi/ Advantage Card,    PO BOX 6004,    Sioux Falls, SD 57117-6004
22126007      +Citzens Bank,    MErcantile Adjustment Bureau, LLC,    PO BOX 9016,
                Williamsville, NY 14231-9016
22126008      +DePaul University,    Progressive Financial Services, Inc.,    PO BOX 22083,
                Tempe, AZ 85285-2083
22595463       EXATONE INCORPORATED,    11891 S PAGE,    CHICAGO, IL 60643
22595446      +Financial Pacific Leasing,    3455 S 344th Way, Suite 300,    Federal Way, WA 98001-9546
22996709      +Financial Pacific Leasing, Inc.,    c/o Alex Darcy,    Askounis & Darcy, PC,
                444 N. Michigan Ave. STE 3270,    Chicago, IL 60611-3906
22595464      +GREEN TREE BANK,    2545 W DIVERSEY #106,    CHICAGO, IL 60647-7173
22170656      #+GREENCHOICE BANK,    2545 W DIVERSEY #106,    CHICAGO, IL 60647-7173
22170658      +ILLINOIS DEPARTMENT OF REVENUE,    PO BOX 34538,    CHICAGO, IL 60634
22170659      +INTERNAL REVENUE SERVICE,    PO BOX 7340,    PHILADELPHIA, PA 19101-7340
22126009      +Laborers’ Pension Fund and Welfare Funds,    Office Of Fund Counsel,    c/o Amy Carollo,
                111 W. Jackson Blvd. Suite 1415,    Chicago, IL 60604-3868
22126010      +Macy’s,    PO BOX 183083,    Columbus, OH 43218-3083
22126011      +Neiman Marcus,    PO BOX 729080,    Dallas, TX 75372-9080
22170657      +OCWEN LOAN SERVICES,    CUSTOMER SERVICE DEPARTMENT,    PO BOX 24738,
                WEST PALM BEACH, FL 33416-4738
22454367      +Ocwen Loan Servicing,    Codilis & Associates P.C.,    15W030 N Frontage Rd suite 100,
                Burr Ridge, IL 60527-6921
22405488      +Ocwen loan servicing,    c/o Codilis and Associates, P.C.,
                15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
22125998       Stanford-Brown Exquilynn,    4250 W Marine Drive,    Suite 2822,    Chicago, IL  60613
22126000      +William E Jamison Jr,    & Associates,    815 W Van Buren St Ste #321,    Chicago, IL 60607-3568
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23008912       E-mail/PDF: rmscedi@recoverycorp.com Aug 26 2015 01:40:13
                Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22595447      +E-mail/Text: bknoticing@grantweber.com Aug 26 2015 01:43:39    Grant & Weber,   Medical Bill,
                26575 Agora Road,    Calabasas, CA 91302-1958
23551637       E-mail/Text: rev.bankruptcy@illinois.gov Aug 26 2015 01:43:32
                Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
23283731      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 26 2015 01:40:13
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22205391       E-mail/PDF: rmscedi@recoverycorp.com Aug 26 2015 01:40:13    The Bureaus, Inc.,
                (CAPITAL ONE RETAIL CARD SVCS INC),    c/o Recovery Management Systems Corp.,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 5
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
22170660        ANTHONY BROWN,   4250 MARINE DRIVE UNIT 2822
22996568*      +Financial Pacific Leasing, Inc.,    3455 S. 344th Way,    Suite 300,    Federal Way, WA 98001-9546
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by file USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: mflowers              Page 2 of 2                  Date Rcvd: Aug 25, 2015
                               Form ID: pdf006             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2015 at the address(es) listed below:
              Alex    Darcy     on behalf of Creditor    Financial Pacific, Leasing, Inc. adarcy@askounisdarcy.com
              Amy N. Carollo     on behalf of Creditor    Laborers Pension Welfare Funds and Laborers' Welfare
               Funds for the Health and Welfare Department of the Construction and General Laborers District
               Council of Chicago and Vicinity amy.carollo@gmail.com,
               fundcounsel@gmail.com;taniam@chilpwf.com;vedranaa@chilpwf.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ     on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Joel P Fonferko    on behalf of Creditor    Ocwen loan servicing ND-One@il.cslegal.com
              Justin R. Storer    on behalf of Trustee David P Leibowitz, ESQ jstorer@lakelaw.com
              Nancy J Townsend     on behalf of Creditor    Bridgeview Bank Group townsend@bcclegal.com,
               plummer@bcclegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip A Pluister    on behalf of Creditor    Bridgeview Bank Group pluister@bcclegal.com,
               mavropodis@bcclegal.com,bochnowski@bcclegal.com
              William E. Jamison, Jr.    on behalf of Debtor Exquilynn   Stanford-Brown wjami39246@aol.com
              William E. Jamison, Jr.    on behalf of Joint Debtor Anthony   Brown wjami39246@aol.com
                                                                                             TOTAL: 11
```