# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-24712 |
| | § | |
| EXQUILYNN STANFORD-BROWN | § | |
| ANTHONY BROWN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $695,527.00 | Assets Exempt: | $616,250.13 |
| Total Distributions to Claimants: | $11,727.67 | Claims Discharged Without Payment: | $704,552.24 |
| Total Expenses of Administration: | $4,714.29 | | |

3) Total gross receipts of $16,441.96 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $16,441.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $575,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,714.29 | $4,714.29 | $4,714.29 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $20,000.00 | $31,773.40 | $31,773.40 | $11,727.67 |
| General Unsecured Claims (from **Exhibit 7**) | $847,927.14 | $481,503.29 | $481,503.29 | $0.00 |
| **Total Disbursements** | $1,442,927.14 | $517,990.98 | $517,990.98 | $16,441.96 |

4). This case was originally filed under chapter 7 on 07/02/2014. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2015     By:   /s/ David P. Leibowitz
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2008 Mercedez Benz 70,000 Miles | 1129-000 | $13,600.00 |
| Citi Bank Joint Checking | 1129-000 | $2,841.96 |
| **TOTAL GROSS RECEIPTS** | | **$16,441.96** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GreenChoice Bank | 4110-000 | $175,000.00 | $0.00 | $0.00 | $0.00 |
| | Ocwen Loan Services | 4110-000 | $400,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$575,000.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,394.20 | $2,394.20 | $2,394.20 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.64 | $5.64 | $5.64 |
| Adams Levin | 2300-000 | NA | $9.77 | $9.77 | $9.77 |
| Green Bank | 2600-000 | NA | $164.45 | $164.45 | $164.45 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,132.50 | $2,132.50 | $2,132.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $7.73 | $7.73 | $7.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$4,714.29** | **$4,714.29** | **$4,714.29** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | INTERNAL REVENUE SERVICE | 5800-000 | $17,000.00 | $28,884.11 | $28,884.11 | $11,727.67 |
| 9 | Illinois Department of Revenue | 5800-000 | $3,000.00 | $2,889.29 | $2,889.29 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $20,000.00 | $31,773.40 | $31,773.40 | $11,727.67 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bridgeview Bank Group | 7100-000 | $522,000.00 | $170,044.62 | $170,044.62 | $0.00 |
| 2 | Financial Pacific Leasing, Inc. | 7100-000 | $0.00 | $59,625.22 | $59,625.22 | $0.00 |
| 3 | Bureaus Investment Group Portfolio No 15 LLC | 7100-900 | $7,501.15 | $8,233.02 | $8,233.02 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $32,688.38 | $33,085.38 | $33,085.38 | $0.00 |
| 5 | Laborers' Pension Fund and Welfare Funds | 7100-000 | $12,268.43 | $139,592.22 | $139,592.22 | $0.00 |
| 6 | American Express Bank, FSB | 7100-900 | $14,896.68 | $14,896.68 | $14,896.68 | $0.00 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $55,569.28 | $55,569.28 | $55,569.28 | $0.00 |
| 9a | Illinois Department of Revenue | 7200-000 | $0.00 | $456.87 | $456.87 | $0.00 |
| | Barneys New York | 7100-000 | $8,007.13 | $0.00 | $0.00 | $0.00 |
| | Capital One Bank | 7100-000 | $11,820.82 | $0.00 | $0.00 | $0.00 |
| | Citzens Bank | 7100-000 | $1,960.64 | $0.00 | $0.00 | $0.00 |
| | DePaul University | 7100-000 | $1,582.00 | $0.00 | $0.00 | $0.00 |
| | Green Tree Bank | 7100-000 | $175,000.00 | $0.00 | $0.00 | $0.00 |
| | Macy's | 7100-000 | $4,632.63 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $847,927.14 | $481,503.29 | $481,503.29 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 14-24712-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STANFORD-BROWN, EXQUILYNN AND BROWN, ANTHONY | Date Filed (f) or Converted (c): | 07/02/2014 (f) |
| For the Period Ending: | 11/30/2015 | §341(a) Meeting Date: | 08/26/2014 |
| | | Claims Bar Date: | 05/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Real Property\r\n10056 S. Lowe Chicago, IL | $100,000.00 | $0.00 | | $0.00 | FA |
| 2  Real Property\r\n10058 S. Lowe Chicago, IL | $100,000.00 | $0.00 | | $0.00 | FA |
| 3  2032 East 79th Street | $190,000.00 | $15,000.00 | | $0.00 | FA |
| 4  4250 N Marine Drive | $300,000.00 | $0.00 | | $0.00 | FA |
| 5  Cash in Hand | $100.00 | $0.00 | | $0.00 | FA |
| 6  Bridge View Bank Joint Checking | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 7  Citi Bank Joint Checking | $5,223.13 | $0.00 | | $2,841.96 | FA |
| 8  Bedroom Set, 4 T.V., Dining Room, Liiving Room Set, , Din | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 9  Husbands Wearing Apparel | $1,500.00 | $0.00 | | $0.00 | FA |
| 10 Wife Wearing Apparel | $2,000.00 | $0.00 | | $0.00 | FA |
| 11 Husbands Pension | $300,000.00 | $0.00 | | $0.00 | FA |
| 12 40% Ownership in Exatone Corporation, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 13 60% Ownership in Exatone Corporation, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 14 Rasta LLC 1/3 Ownership | $0.00 | $0.00 | | $0.00 | FA |
| 15 Rasta LLC 1/3 Ownership | $0.00 | $0.00 | | $0.00 | FA |
| 16 Exatone Inc. Salary Owed to Debtor | $300,000.00 | $300,000.00 | | $0.00 | FA |
| 17 2008 Mercedez Benz 70,000 Miles | $20,000.00 | $13,600.00 | | $13,600.00 | FA |
| 18 See Attached Itemization "A"  (u) | $2,054.00 | $1,027.00 | | $0.00 | FA |
| 19 See Attached Jewelry Inventory and cost. Total Cost $9,840.00 Current Value Unknown "b"  (u) | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$1,325,377.13     $334,127.00     $16,441.96     $0.00

**Major Activities affecting case closing:**

| 06/30/2015 | TFR to be prepared |
| 03/05/2015 | See if we need to pay exemptions on the garnishment we avoided from Debtor's bank account |
| 01/21/2015 | Order granting turnover of funds from Bridgeview Bank. Awaiting Funds |
| 09/03/2014 | Objection to Exemption 9/25/2014 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 2
Exhibit 8

| Case No.: | 14-24712-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STANFORD-BROWN, EXQUILYNN  AND BROWN, ANTHONY | Date Filed (f) or Converted (c): | 07/02/2014 (f) |
| For the Period Ending: | 11/30/2015 | §341(a) Meeting Date: | 08/26/2014 |
| | | Claims Bar Date: | 05/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

08/27/2014   1)   Motion for Rule to Show Cause for Failure to appear at 341;

2) Objection to Exemptions on the basis of the claimed exemptions on the vehicle (Debtors' claimed $4,000.00 under motor vehicle exemption when only entitled to $2,400.00).   Also he wants to object on the basis that the vehicle is worth substantially more than what was claimed.  (The vehicle is worth approximately $24,000.00 of which the petition lists the current value at $6,000.00).  The vehicle is in the name of Anthony Brown only;

3) Motion to Avoid Lien of Bridgeview Bank.  Bridgeview obtained a citation within the 90 days prior to the filing of this case.  There is currently is a motion pending by the Debtors' to avoid this lien;

4) Extend discharge deadline for 120 days; and

5) Motion for Turnover of the Vehicle.

08/13/2014   Continued to 9/29/14 at 11:00 a.m. -- attorney scheduling conlict

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2015 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-24712-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | STANFORD-BROWN, EXQUILYNN AND BROWN, ANTHONY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5156 | Checking Acct #: | ******1201 |
| Co-Debtor Taxpayer ID #: | **-***5157 | Account Title: | |
| For Period Beginning: | 7/2/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/17/2014 | (17) | Anthony Brown | Payment for non exempt equity in vehicle. | 1129-000 | $7,000.00 | | $7,000.00 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.10 | $6,994.90 |
| 11/05/2014 | (17) | Exquilynn Brown | Payment for non-exempt interest in vehicle | 1129-000 | $6,000.00 | | $12,994.90 |
| 11/05/2014 | (17) | Anthony Brown/Exquilynn Brown | Payment for non exempt equity in vehicle | 1129-000 | $600.00 | | $13,594.90 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.44 | $13,576.46 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.90 | $13,554.56 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.57 | $13,531.99 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $19.72 | $13,512.27 |
| 03/05/2015 | (7) | Citibank | Payment pursuant to order granting turnover docket no. 74 | 1129-000 | $2,841.96 | | $16,354.23 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $24.94 | $16,329.29 |
| 03/31/2015 | 3001 | Adams Levin | Bond Payment | 2300-000 | | $9.77 | $16,319.52 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $25.49 | $16,294.03 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $26.29 | $16,267.74 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $25.40 | $16,242.34 |
| 07/01/2015 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($25.40) | $16,267.74 |
| 09/23/2015 | 3002 | Lakelaw | Claim #: ; Amount Claimed: 7.73; Amount Allowed: 7.73; Distribution Dividend: 100.00; | 3120-000 | | $7.73 | $16,260.01 |
| 09/23/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 2,132.50; Amount Allowed: 2,132.50; Distribution Dividend: 100.00; | 3110-000 | | $2,132.50 | $14,127.51 |
| 09/23/2015 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,394.20 | $11,733.31 |
| 09/23/2015 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.64 | $11,727.67 |
| 09/23/2015 | 3006 | INTERNAL REVENUE SERVICE | Claim #: 7; Amount Claimed: 28,884.11; Amount Allowed: 28,884.11; Distribution Dividend: 40.60; | 5800-000 | | $11,727.67 | $0.00 |
| | | | | **SUBTOTALS** | $16,441.96 | $16,441.96 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

| Case No. | 14-24712-PSH | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | STANFORD-BROWN, EXQUILYNN AND BROWN, ANTHONY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5156 | | Checking Acct #: | ******1201 |
| Co-Debtor Taxpayer ID #: | **-***5157 | | Account Title: | |
| For Period Beginning: | 7/2/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $16,441.96 | $16,441.96 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $16,441.96 | $16,441.96 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $16,441.96 | $16,441.96 | |

| For the period of 7/2/2014 to 11/30/2015 | | For the entire history of the account between 10/14/2014 to 11/30/2015 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $16,441.96 | Total Compensable Receipts: | $16,441.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,441.96 | Total Comp/Non Comp Receipts: | $16,441.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $16,441.96 | Total Compensable Disbursements: | $16,441.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,441.96 | Total Comp/Non Comp Disbursements: | $16,441.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**Page No:** 3
Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case 14-24712   Doc 99   Filed 12/16/15   Entered 12/16/15 11:03:52   Desc Main
Document   Page 9 of 9

| **Case No.** | 14-24712-PSH | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | STANFORD-BROWN, EXQUILYNN AND BROWN, ANTHONY | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***5156 | **Checking Acct #:** | ******1201 |
| **Co-Debtor Taxpayer ID #:** | **-***5157 | **Account Title:** | |
| **For Period Beginning:** | 7/2/2014 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/30/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $16,441.96 | $16,441.96 | $0.00 |

| **For the period of 7/2/2014 to 11/30/2015** | | **For the entire history of the case between 07/02/2014 to 11/30/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $16,441.96 | Total Compensable Receipts: | $16,441.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,441.96 | Total Comp/Non Comp Receipts: | $16,441.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $16,441.96 | Total Compensable Disbursements: | $16,441.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,441.96 | Total Comp/Non Comp Disbursements: | $16,441.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ